# In the United States Court of Federal Claims

Consl. Ct. No. 06-141 C

Filed: December 14, 2015

*****************************************
                                            *

SHELL OIL COMPANY, ATLANTIC       *
RICHFIELD COMPANY, TEXACO INC., and *
UNION OIL COMPANY OF CALIFORNIA,  *

       Plaintiffs,                       *

v.                                         *

THE UNITED STATES,             *

       Defendant.                  *

*****************************************

## ORDER

Pursuant to the court's October 30, 2015 Opinion in *Shell Oil Co. v. United States*, 123 Fed. Cl. 707, 719 (2015), wherein it determined that the Government waived an insurance offset defense, Plaintiffs' November 17, 2015 Motion In Limine is granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**